# In the United States Court of Federal Claims

Case No. 05-1109T
(Filed: July 15, 2008)

| | |
|---|---|
| STARGATE INDUSTRIES, LLC, Plaintiff, | * * * |
| v. | * * |
| THE UNITED STATES, Defendant. | * * |

## ORDER

_____**Parties' Stipulation for Dismissal** with prejudice of the Plaintiff's Complaint against the United States, filed July 14, 2008, **is hereby GRANTED**. Each party is to bear its own costs, expenses and attorney fees.

IT IS SO ORDERED.

s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge